UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| **RICHARD CHAD WILEY**, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § **EP-19-CV-00372-DCG-MAT** <br> **ANDREW SAUL,** *Commissioner of Social* § <br> *Security*, § <br> § <br> *Defendant*. § <br> § | |

# FINAL JUDGMENT

In accordance with the Court's "Memorandum Order" issued this date in the above-captioned case, the Court hereby enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that United States Magistrate Judge Miguel A. Torres's "Report and Recommendation" (ECF No. 18) is **ACCEPTED** and the Commissioner's "Motion to Remand." (ECF No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED** and this case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings, including, but not limited to, the following:

> On remand the Appeals Council will remand the case to a different Administrative Law Judge per SSR 19-1p, and instruct the new judge to further evaluate the opinions from Plaintiff's treating physicians Ronald Baker, M.D., and Zoraya Parrilla, M.D.; further evaluate Plaintiff's residual functional capacity and, if necessary, obtain medical expert evidence; if warranted, to obtain supplemental vocational expert testimony; and issue a new decision.

**IT IS FINALLY ORDERED** that the District Clerk **SHALL CLOSE** this case.

-2-

**So ORDERED and SIGNED this  14th  day of August 2020.**

*[signature]*

**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**